O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CONDE, | ) Case No. CV 10-7286-VAP (DTB) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| T. BUSBY, Warden | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 12, 2011

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1